

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Brenda Mackey as representative of        * From the 441st District
the Estate of Violet Childs, deceased,      Court of Midland County,
                                            Trial Court No. CV48144.

Vs. No. 11-13-00083-CV                    * March 31, 2015

Midland-Odessa Transit                    * Memorandum Opinion by McCall
d/b/a EZ Rider,                             (Panel consists of: Wright, C.J.,
                                            Bailey, J., and McCall, sitting by
                                            assignment)
                                            (Willson, J., not participating)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed. The costs incurred by reason of this appeal are taxed against Brenda Mackey as representative of the Estate of Violet Childs, deceased.